```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14123
    BERNARD R CONDRON
    TRACY A CONDRON                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-3342     SSN XXX-XX-2088
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/07/07 .

   2.   The case was dismissed without confirmation, 11/16/2007.

   3.   The Debtor paid a total of $   1860.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 18000.00 | .00 | 1379.98 |
| MIDLAND CREDIT MANAGEMEN | SECURED | .00 | .00 | 17.70 |
| AARONS SALES & LEASING | SECURED | 200.00 | .00 | 129.15 |
| AARONS SALES & LEASING | SECURED | 1800.00 | .00 | 258.30 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL IL PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY HOSPITAL OTTAW | UNSECURED | NOT FILED | .00 | .00 |
| DEFINITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CINNYS | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HJH MANAGEMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| HOLIDAY CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY SURGICAL | UNSECURED | NOT FILED | .00 | .00 |
| KRAMER ENTERPRISES LTD | UNSECURED | NOT FILED | .00 | .00 |
| CA VISION | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
MORRIS RADIOLOGY ASSOC     UNSECURED      NOT FILED              .00           .00
NICOR GAS                  UNSECURED      NOT FILED              .00           .00
ORKIN PEST CONTROL         UNSECURED      NOT FILED              .00           .00
PAYPAL INC                 UNSECURED      NOT FILED              .00           .00
REDCATS USA                UNSECURED      NOT FILED              .00           .00
SECURITY FINANCE CO        UNSECURED      NOT FILED              .00           .00
SECURITY FINANCE CO        UNSECURED      NOT FILED              .00           .00
SPRINT                     UNSECURED      NOT FILED              .00           .00
ST COLUMBIA GRADE SCHOOL   UNSECURED      NOT FILED              .00           .00
STARFIRE DENTAL            UNSECURED      NOT FILED              .00           .00
SWISS COLONY               UNSECURED      NOT FILED              .00           .00
TH PROFESSIONALS AND MED   UNSECURED      NOT FILED              .00           .00
THE CASH STORE             UNSECURED      NOT FILED              .00           .00
TRU GREEN CHEM LAWN        UNSECURED      NOT FILED              .00           .00
WASTE MANAGEMENT RESIDEN   UNSECURED      NOT FILED              .00           .00
WORLD ACCEPTANCE CORP      UNSECURED      NOT FILED              .00           .00
WORLD ACCEPTANCE CORP      UNSECURED      NOT FILED              .00           .00
YMCA DAY CARE PROGRAM      UNSECURED      NOT FILED              .00           .00
B SINGH MD                 UNSECURED      NOT FILED              .00           .00
BRYLANE HOME               UNSECURED      NOT FILED              .00           .00
SUN FINANCE                UNSECURED      NOT FILED              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20000.00         .00          .00         .00     20000.00
PRINCIPAL PAID       1785.13         .00          .00         .00      1785.13
INTEREST PAID             .00        .00          .00         .00           .00
TOTAL PAID           1785.13         .00          .00         .00      1785.13
```

The Debtor's attorney, SCHEINBAUM & WEST         , was allowed $   3200.00
and was paid $   1026.00  direct and $       .00  through the plan.

The Trustee received $       74.87 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/11/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 07 B 14123 BERNARD R CONDRON & TRACY A CONDRON
```